**PRICE PARKINSON & KERR, PLLC**
JASON M. KERR (*phv pending*)
*jasonkerr@ppktrial.com*
STEVEN GARFF (SBN 268074)
*steven.garff@ppktrial.com*
5742 West Harold Gatty Drive Suite 101
Salt Lake City, Utah 84116
Phone: (801) 530-2900

**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD (257370)
jack@jackfitzgeraldlaw.com
TREVOR M. FLYNN (253362)
trevor@jackfitzgeraldlaw.com
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

*Counsel for Plaintiff Lime Crime, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| GUADALUPE BORES, and individual, | Case No.: |
| Plaintiff | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)** |
| vs. | |
| | Riverside Superior Court |
| | Case No. RIC 1905067 |
| LIME CRIME, INC., a California Corporation | |
| Defendant | Action Filed: October 7, 2019 |
| | Trial Date: None Set |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that defendant Lime Crime, Inc., a California Corporation ("Defendant") hereby removes to this Court the state court action described below:

**I. FILING AND SERVICE OF THE COMPLAINT**.

1.      On October 7, 2019 plaintiff Guadalupe Bores ("Plaintiff") commenced an action in the Superior Court of the State of California for the County of Riverside, Case Number RIC 1905067, by filing a Complaint entitled "Guadalupe Bores, an individual, Plaintiff, v. Lime Crime, Inc., a California Corporation, and DOES 1-50, inclusive."

2.      Defendant was served with the Summons and Complaint on October 11, 2019. True and correct copies of the Summons and Complaint and all other documents served upon Defendant on that date are attached hereto as "Exhibit A."  Defendant has not yet responded to the Complaint. To Defendant's knowledge, no other defendant has been served.

**II. THIS COURT HAS FEDERAL QUESTION JURISDICTION.**

3.      This action is a civil action for which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and is one which may be removed pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1443, in that it appears from the Complaint that Plaintiff has filed a civil rights action, and her claims are founded on a claim or right arising under the laws of the United States.

4.      Specifically, it appears from the Complaint that this is a civil rights action premised on and alleging violations of the Americans with Disabilities Act, 42 U.S.C. § 12182 et seq. (Complaint ¶¶ 41,45, 47-51).

**III. THIS NOTICE OF REMOVAL IS TIMELY AND PROPERLY FILED.**

5.      The filing of this Notice of Removal is filed within the time period required under 28 U.S.C. § 1446(a).

6.      Defendant will give written notice of the filing of this Notice of Removal to all adverse parties as required by 28 U.S.C. § 1446(d) and will file a copy of this Notice of Removal with the Superior Court of California, County of Riverside, as further required by that Section.

7.     Venue is proper in this Court because the action is being removed from the Superior Court in the County of Riverside.

8.     The undersigned counsel for Defendant has read the foregoing and signs the Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendant prays that the above action now pending against it in the Superior Court of the County of Riverside be removed to this Court.

Dated: November 12, 2019          Respectfully submitted,


/s/ Steven W. Garff
**PRICE PARKINSON & KERR, PLLC**
STEVEN W. GARFF
*steven.garff@ppktrial.com*
5742 West Harold Gatty Drive
Salt Lake City, Utah 84116
Phone: (801) 530-2900

**Attorneys for Plaintiff**